

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00489-CV

**IN RE SANTIKOS THEATERS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: July 30, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On July 11, 2014, relator Santikos Theaters, Inc. filed a petition for writ of mandamus complaining of the trial court's order granting a new trial in the underlying suit for premises liability. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CI00521, styled *Mario Acevedo v. Santikos Theaters d/b/a The Mayan Palace 14*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.